IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-01965-WDM

ARIZONA DIALTONE, INC.,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION AND
QWEST CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Qwest's motion to extend deadlines and Colorado Public Utilities' motion to join are granted.

Dated: October 7, 2008

                                  s/ Jane Trexler, Judicial Assistant