IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-01965-WDM

ARIZONA DIALTONE, INC.,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION AND
QWEST CORPORATION,

    Defendant.

_____

**MINUTE ORDER**
_____

**SENIOR JUDGE WALKER D. MILLER**
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to set oral argument is denied without prejudice. *See* D.C.COLO.LCivR 7.1G.

Dated: October 16, 2008

                                                s/ Jane Trexler, Judicial Assistant