IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-01965-WDM-KLM

ARIZONA DIALTONE, INC., an Arizona Corporation,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION, an Administrative Agency of the State of Colorado, and
QWEST CORPORATION, a Colorado Corporation,

    Defendants.

## ORDER ON MOTION TO MODIFY ORDER ON MOTION TO STAY

Miller, J.

This case is before me on the Motion to Modify Order to Permit Resolution of Plaintiff Arizona Dialtone, Inc.'s Motion for Stay (doc no 22), filed by Defendant Qwest Corporation ("Qwest"). Defendant Colorado Public Utilities Commission ("PUC") and Plaintiff Arizona Dialtone, Inc. ("AZDT") do not oppose the motion. Qwest apparently seeks to accelerate the briefing schedule on AZDT's Motion for Stay of Final Decision of Colorado Public Utilities Commission Pending Judicial Review (doc no 2). The parties had previously agreed that the Defendants' responses to the motion to stay would not be filed until after I rule on the pending Motion to Dismiss (doc no 14), filed by the PUC. Qwest now seeks to proceed with briefing by having the Defendants respond to the motion to stay within twenty days of the issuance of this order, with Plaintiff's reply brief to be filed fifteen days later.

Accordingly, it is ordered:

1. Qwest's Motion to Modify Order to Permit Resolution of Plaintiff Arizona Dialtone, Inc.'s Motion for Stay (doc no 22) is granted.

2. Defendants shall file response briefs to Plaintiff's Motion for Stay of Final Decision of Colorado Public Utilities Commission Pending Judicial Review (doc no 2) within twenty days of the date of this order. Plaintiff may file a reply brief within fifteen days of the filing of the response briefs.

DATED at Denver, Colorado, on March 16, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge