IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-01965-WDM-KLM

ARIZONA DIALTONE, INC.,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION, AND
QWEST CORPORATION,

    Defendants.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

    In light of the Notice of Bankruptcy Filing by Arizona Dialtone, Inc. filed May 18, 2009, this case shall be administratively closed pending the resolution of plaintiff's Chapter 11 proceedings.

    If no action is taken to reopen this case on or before May 19, 2010, the case will be dismissed without prejudice without further notice to any party.

    DATED at Denver, Colorado, on May 19, 2009.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL