IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-01965-WDM-KLM

ARIZONA DIALTONE, INC.,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION, AND
QWEST CORPORATION,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

There being no further activity in this case since the administrative closure May 19, 2009, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on May 24, 2010.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL